AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MARIAN KUHLMAN, LAURALEE ALLEN,
and TAMARA TREAT,

                    Plaintiffs,

        v.

THE STATE OF WASHINGTON, et al.,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-045-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Tamara Treat and against Defendants in the amount of Fifty Thousand Dollars ($50,000.00) in full satisfaction of all claims made in the lawsuit.

July 10, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson